UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES ANTHONY TIGGETT,

    Movant,

v.                                      CASE NO. 8:22-cv-1406-WFJ-AAS
                                       CRIM. CASE NO. 8:18-cr-457-WFJ-AAS

UNITED STATES OF AMERICA,

    Respondent.
_____/

### ORDER

Mr. Tiggett moves the Court (cv Doc. 10) to grant his Section 2255 motion because Respondent failed to file its response within 30 days from the date on which the mandate was entered in *USA v. Jackson*, Case No. 21-13963 (11th Cir.). According to the case docket (entry #67) in *Jackson*, the mandate was issued on January 31, 2023. Accordingly, Respondent's response, filed March 1, 2023, was timely filed. The motion (cv Doc. 10) is therefore **DENIED**.

**ORDERED** in Tampa, Florida, on March 28, 2023.

                                                                       WILLIAM F. JUNG
                                                                     UNITED STATES DISTRICT JUDGE

<u>Copies to</u>:
Charles Anthony Tiggett, *pro se*
Counsel of Record